UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------x
IN RE: Nortel Networks Corp. Securities
Litigation

1:05-md-1659 (LAP)

**ORDER**

------------------------------------------------x
*This Document Relates to*: All Actions

------------------------------------------------x

## Case Management Order No. 1

1. All attorneys who have been admitted to this Court, either for all purposes or *pro hac vice* for purposes of this case, shall complete and file a CM/ECF attorney registration form. Forms can be found on the court's website at www.nysd.uscourts.gov.

2. All attorneys who wish to be admitted for purposes of this case shall send a motion to be admitted *pro hac vice* to John Sacco at the United States District Court for the Southern District of New York, 500 Pearl Street, Room 249, New York, NY 10007. In addition to the documentation required by the Local Rules for the Southern and Eastern Districts of New York, Civil Rule 1.3, attorneys wishing to appear *pro hac vice* must also include with their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration form.

3. As of April 25, 2005, all documents filed in the MDL case and the underlying civil cases shall be filed electronically on the court's ECF system via the Internet at ecf.nysd.uscourts.gov

4. Amended complaints and supplemental pleadings shall provide a list of the additional parties and indicate the action or actions to which they are being added. Similarly, a filing removing parties shall indicate the parties being removed and the action or actions from which they are being removed. A filing which adds a party or parties who has not been named in any of the consolidated actions shall provide a separate listing of such parties, indicating that they have not yet been named.

5. Courtesy copies of all pleadings (including the complaint), motions, memoranda of law, etc., shall be clearly marked as such and submitted to chambers as soon as practicable after filing.

Dated: April 11, 2005
New York, New York

SO ORDERED.

_____
Loretta A. Preska  U.S.D.J.